**DISMISS and Opinion Filed July 8, 2024**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

_____

**No. 05-24-00275-CV**
_____

**BRADY BRINKMAN, Appellant**
**V.**
**INFINITY HOMES INC., Appellee**

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-23-07052-B**

## MEMORANDUM OPINION

Before Justices Partida-Kipness, Pedersen, III, and Carlyle
Opinion by Justice Pedersen, III

On April 29, 2024, we sent a letter to the parties questioning our jurisdiction over this appeal because it appears the appeal is moot. We directed appellant to file a letter brief addressing our jurisdictional concern no later than May 9, 2024. We expressly cautioned appellant that failure to do so might result in the dismissal of the appeal without further notice. To date, appellant has not filed a letter brief nor further corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* Tex. R. App. P. 42.3(b), (c).


/Bill Pedersen, III/
BILL PEDERSEN, III
JUSTICE

240275F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

BRADY BRINKMAN, Appellant

No. 05-24-00275-CV     V.

INFINITY HOMES INC., Appellee

On Appeal from the County Court at Law No. 2, Dallas County, Texas Trial Court Cause No. CC-23-07052-B.

Opinion delivered by Justice Pedersen, III. Justices Partida-Kipness and Carlyle participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

Judgment entered July 8, 2024